# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

| | |
|---|---|
| 3M INNOVATIVE PROPERTIES COMPANY, and 3M COMPANY, | Civil No. 06-2459 (JRT/FLN) |
| Plaintiffs, | |
| v. | **ORDER** |
| ILLINOIS TOOL WORKS, INC., and ITW FINISHING, L.L.C., | |
| Defendants. | |

David J.F. Gross, James W. Poradek, Theodore M. Budd, and Chad Drown, **FAEGRE & BENSON, LLP**, 2299 Wells Fargo Center, 90 South Seventh Street, Minneapolis, MN 55402, for plaintiffs.

Robert A. Vitale, Jr., **NIRO, SCAVONE, HALLER & NIRO**, 181 West Madison Avenue, Suite 4600, Chicago, IL 60602-4515; Lewis A. Remele, Jr. and Mark P. Hodkinson, **BASSFORD REMELE, P.C.**, 33 South Sixth Street, Suite 3800, Minneapolis, MN 55402, for defendants.

Pursuant to Federal Rule of Civil Procedure 60(a), the Court amends its Memorandum Opinion and Order dated October 23, 2007.  The Court adds the word "similar" to the quotation of the definition proposed by plaintiff 3M on page eight, inserting it between the words "a" and "shape."  In all other respects, the Order is unchanged.  A corrected version of the Memorandum Opinion and Order is attached.

DATED:  November 7, 2007
at Minneapolis, Minnesota.

                              s/John R. Tunheim
                              JOHN R. TUNHEIM
                              United States District Judge